United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS FIELDS,<br>Plaintiff,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>Defendants. | Case No. 26-cv-04362-LJC<br><br>**REPORT AND RECOMMENDATION FOR DISMISSAL**<br><br>**ORDER TO REASSIGN CASE**<br><br>Re: Dkt. No. 5 |

On August 11, 2026, the undersigned magistrate judge granted Plaintiff Travis Fields's application to proceed in forma pauperis and ordered Fields, who is proceeding without a lawyer, to show cause why his Complaint should not be dismissed for failure to state a claim on which relief may be granted. ECF No. 5. The undersigned noted that Fields failed to offer sufficient factual allegations beyond mere conclusory statements, *id.* at 4, did not allege any relevant conduct by the individuals he has named as defendants, *id.* at 4–5, failed to allege facts supporting a claim under 42 U.S.C. § 1983 against the City and County of San Francisco under the *Monell* doctrine, *id.* at 5, did not identify any exculpatory evidence that Defendants failed to disclose to prosecutors, *id.* at 5–6, and generally offered insufficient factual allegations to support any of the other claims he asserted, *id.* at 6.

The undersigned ordered Fields to respond no later than September 1, 2026 (three weeks from the date of the previous Order), and advised him that failure to do so would result in reassignment of this case with a recommendation for dismissal. *Id.* at 1, 6. That deadline has passed without Fields having filed a response. Accordingly, the undersigned RECOMMENDS that this case be DISMISSED for the reasons stated in the Order to Show Cause. The undersigned therefore recommends that leave to amend be denied, because Fields's failure to respond by the

previous deadline indicates that such leave would likely be futile.

Because not all parties have appeared and consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), the Clerk is instructed to reassign this case to a district judge for all further proceedings, including action on this recommendation for dismissal. Fields may file an objection to this recommendation for dismissal no later than two weeks from the date of this Report.

**IT IS SO ORDERED.**

Dated: September 9, 2026

LISA J. CISNEROS
United States Magistrate Judge