UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVIS FIELDS,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 3:26-cv-04362-JSC

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**

Re: Dkt. Nos. 5, 6

The Court has reviewed Magistrate Judge Lisa J. Cisneros's report and recommendation to dismiss this action for failure to state a claim. (Dkt. No. 6.) Because the factual allegations and legal theories alleged in the Complaint were unclear and failed to state a plausible claim for relief, Judge Cisneros ordered Plaintiff to show cause as why the action should not be dismissed, or alternatively, to file an amended complaint. (Dkt. No. 5.) Judge Cisneros ordered Plaintiff to file a written response to the Court's order or an amended complaint by September 1, 2026. (Dkt. N0. 5 at 6.) When Plaintiff failed to respond, Judge Cisneros issued the underlying report and recommendation that the action be dismissed for failure to state a claim without leave to amend based on futility given Plaintiff's failure to respond to her prior order. (Dkt. No. 6.)

Objections to Judge Cisneros's order were due on or before September 23, 2026. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action without leave to amend for failure to state a claim.

United States District Court
Northern District of California

This Order disposes of Docket Nos. 5, 6.

**IT IS SO ORDERED.**

Dated: September 30, 2026

JACQUELINE SCOTT CORLEY
United States District Judge